IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE JAMES HUNTER,

Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-2943

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed July 16, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Willie James Hunter, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.